# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AMANDA STEGER,**
**JEFFREY STEGER,**
**EVELYN STEGER, and**
**EMILY STEGER**,

        Plaintiffs,

        V.        Case No. **07-C-9**

**PROFESSIONAL BENEFIT ADMINISTRATORS,**

        Involuntary Plaintiff,

        V.

**UNITED STATES OF AMERICA,**

        Defendant.

## ORDER

Due to the consent of the parties pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby transferred to Magistrate Judge Aaron E. Goodstein to conduct all further proceedings herein.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        Chief Judge