UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMANDA STEGER,
JEFFREY STEGER,
EVELYN STEGER, and
EMILY STEGER,

    Plaintiffs,

v.                         Case No. 07-CV-009

PROFESSIONAL BENEFIT
ADMINISTRATORS,

    Involuntary Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the parties' Stipulation for Dismissal, the above captioned matter is hereby ORDERED dismissed with prejudice, and without costs or attorneys' fees to any party..

SO ORDERED.

Dated this <u>10th</u> day of April, 2008.

                                                      s/AARON E. GOODSTEIN
                                                      United States Magistrate Judge